Mark A. Hutchison, Esq.
Christian M. Orme, Esq.
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 W. Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: 702-385-2500
Facsimile: 702-385-2086
mhutchison@hutchlegal.com
corme@hutchlegal.com

Steven J. Parsons
PARSONS LAW OFFICE
7201 W. Lake Mead Blvd. #108
Las Vegas, Nevada 89128
Telephone: 702-384-9900
Facsimile: 702-384-5900
SteveSJP@pclv.com

*Attorneys for Ahern Rentals, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AHERN RENTALS, INC., a Nevada corporation, dba AHERN RENTALS,<br><br>Plaintiff,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY, a Delaware corporation, WACHOVIA INSURANCE SERVICES, a North Carolina corporation, DOES I-X, inclusive,<br><br>Defendants. | Case No. 2:09-cv-00679-LDG-RJJ<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

The parties, Ahern Rentals, Inc., which is represented by Hutchison & Steffen, LLC and Steven Parsons, Esq, Lexington Insurance Company, which is represented by Lewis Brisbois Bisgaard & Smith LLP, and Wachovia Insurance Services, which is represented by Lewis and Roca LLP, hereby stipulate and agree to the following:

1. The entire case, which includes all claims brought by all parties shall be dismissed with prejudice;

2. All parties agree to forever forgo the filing of any additional claims which may be brought as they relate to this lawsuit as explained in the settlement agreement between the parties;

3. Defendants' counsel have each given permission to Plaintiff's counsel to sign and file this stipulation on their behalf;

4. Each party shall bear its own fees and costs.

DATED this 11 day of August, 2011.

HUTCHISON & STEFFEN, LLC

/s/ Mark A. Hutchison
Mark A. Hutchison, Esq.
Christian M. Orme, Esq.
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

*Attorneys for Ahern Rentals, Inc.*

DATED this ____ day of August, 2011.

PARSONS LAW OFFICE

/s/ Steven J. Parsons
Steven J. Parsons, Esq.
7201 West Lake Mead Boulevard, Suite 108
Las Vegas, Nevada 89128

*Attorney for Ahern Rentals, Inc.*

DATED this ____ day of August, 2011.

LEWIS AND ROCA LLP

/s/ Von S. Heinz
Von S. Heinz, Esq.
Darren T. Brenner, Esq.
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

*Attorneys for Wachovia Insurance Services, Inc.*

DATED this ____ day of August, 2011.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Greg S. Como, Esq.
Greg S. Como, Esq.
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761

*Attorneys for Lexington Insurance Company*

**ORDER**

IT IS SO ORDERED.

DATED this 12 day of August, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

HUTCHISON & STEFFEN, LLC

/s/ Mark A. Hutchison
Mark A. Hutchison, Esq.
Christian M. Orme, Esq.
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

*Attorneys for Ahern Rentals, Inc.*